**FILED & ENTERED**

**JAN 11 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

Uday Sishta,

Debtor.

CASE NO.: 2:21-bk-19463-SK

CHAPTER: 13

**ORDER RE MOTION TO EXTEND DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**

*Motion is docket entry # 11*

On *January 10, 2021,* the debtor filed a Motion to extend time to file case commencement documents (Motion). Having reviewed the Motion IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is **FEBRUARY 11, 2022.** No further extensions will be granted absent exigent circumstances and evidence thereof.

☐ The Motion is DENIED because (*check all reasons that apply*):

☐ The Motion does not contain an adequate explanation for why more time is needed to file the missing documents.
☐ The Motion is not supported by a declaration under penalty of perjury.
☐ The Motion was filed after deadline for filing missing document(s).
☐ There is no Proof of Service of the Motion on all creditors.
☐ Other:

☐ A hearing on the Motion is set for the following date, time and location:    **Date:**    **Time:**

**Courtroom #**    **Address of courthouse**:

Date: January 11, 2022

Sandra R. Klein
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 1, 2012    Page 1    F 1007-1.1.ORDER.FILING.DEADLINE